IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MOZELL PAUL GOUDEAU, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-13-241-M |
| | ) | |
| JOE M. ALLBAUGH, | ) | |
| Interim Director, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On January 29, 2016, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus be denied. The parties were advised of their right to object to the Report and Recommendation by February 19, 2016. Petitioner has filed a timely objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation [docket no. 26] issued by the Magistrate Judge on January 29, 2016;

(2) DENIES the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus, and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 29th day of February, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE